No. 617, Misc.  GADSDEN ET AL. *v.* FRIPP ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 634, Misc.  D'AMBROSIO *v.* FAY, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 635, Misc.  BLASETTI *v.* WARDEN, ATTICA PRISON. C. A. 2d Cir.  Certiorari denied. *Frances Kahn* for petitioner.

No. 641, Misc.  MUZA *v.* CALIFORNIA ADULT AUTHORITY ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 642, Misc.  POLK *v.* MINNESOTA COMMISSIONER OF CORRECTIONS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 651, Misc.  WILLIAMS *v.* JETT, SHERIFF, ET AL. Sup. Ct. Tenn.  Certiorari denied. Petitioner *pro se. George F. McCanless,* Attorney General of Tennessee, and *William H. Lassiter, Jr.,* Assistant Attorney General, for respondents.

No. 670, Misc.  FARRELL *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION AND WELFARE.  C. A. 7th Cir.  Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for respondent.

No. 290, Misc.  BARKSDALE *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Jack Greenberg, Michael Meltsner, Robert F. Collins* and *Nils R. Douglas* for petitioner. *Jack P. F. Gremillion,* Attorney General of Louisiana, *William P. Schuler,* Assistant Attorney General, and *Jim Garrison* for respondent.